**Ammie WRIGHT, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28894.**

Court of Criminal Appeals of Texas.

March 20, 1957.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful possession of a narcotic drug, to-wit heroin, is the offense, with punishment assessed at life imprisonment in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

**Alvin JOHNSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28847.**

Court of Criminal Appeals of Texas.

Feb. 20, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for unlawful possession of liquor in a dry area for the purpose of sale; the punishment, a fine of $150.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.